UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BULGARI, S.p.A.,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendant.

26-CV-5964 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On July 15, 2026, Plaintiff filed a motion for leave to file three documents under seal: "(1) Exhibit 2 to the Complaint, which includes screenshot printouts showing the e-commerce store operating under the Seller Alias; (2) Exhibit 2 to the Declaration of Laurence Morel-Chevillet, which include screenshot printouts showing the e-commerce store operating under the Seller Alias; and (3) Exhibit 1 to the Declaration of Berel Y. Lakovitsky, which includes screenshot printouts identifying the Seller Alias." Dkt. No. 6 (Pl.'s Mot.). Plaintiff has filed two documents, not three, which it proposes to seal: a document titled "Schedule 'A'," identifying the Defendant online marketplace, and a document titled "Exhibit 2," identifying the Defendant seller again and providing alleged screenshots of Defendant's marketplace. It is not clear whether the document styled "Exhibit 2" is the first or second exhibit referenced in the motion to seal. Plaintiff has also not filed either of the two declarations referenced in its motion.

If Plaintiff seeks to supplement its motion to seal and/or to clarify the nature of its request, it shall do so no later than July 22, 2026. Furthermore, Plaintiff's motion references an application for a temporary restraining order. Plaintiff is advised that, to date, no such motion has been filed.

SO ORDERED.

Dated: July 20, 2026
New York, New York

Ronnie Abrams
United States District Judge